UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:19-cv-02846-CEH-AAS

MIRACLE MORNIGA DIRECT, INC.,

    Plaintiff,

v.

EYEFIVE, INC., d/b/a SHIPOFFERS,

    Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant EyeFive, Inc., d/b/a ShipOffers ("EyeFive"), through counsel, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully submits this Unopposed Motion for Extension of Time to File Response to Complaint and advises the Court as follows:

**Certificate of Conferral:** EyeFive's Colorado counsel, Michael N. Mulvania, Esq., has conferred with Plaintiff's counsel, David Tamaroff, Esq. and Aiman Farooq, Esq., regarding this motion and the relief requested. Plaintiff does not oppose the one-week extension of time to respond to the complaint requested herein.

    1.    On November 18, 2018, Plaintiff Miracle Moringa Direct, Inc. filed its Complaint and Jury Demand against EyeFive. EyeFive was served with the Complaint on November 20, 2019. Accordingly, EyeFive's response to the Complaint is presently due by December 11, 2019.

    2.    Based upon the Complaint as presently drafted, EyeFive believes it has a proper basis to file a motion to dismiss for improper venue and for lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

3. Counsel for the parties are engaged in active discussions regarding the contemplated motion to dismiss.

4. The parties believe that a one-week extension of time, up to and including December 18, 2019, for EyeFive to respond to the Complaint may potentially result in a compromise between the parties that would avoid the need for filing such a motion to dismiss.

5. In the meantime, EyeFive expressly reserves and does not waive its right to object to either the propriety of venue in this district, or to the Court's personal jurisdiction over EyeFive, through the filing of an appropriate motion.

6. Because a short extension may conserve the resources of the parties and this Court, and because no party will be prejudiced by the relief requested, the parties believe there is good cause for the requested extension pursuant to F.R.C.P. 6(b)(1).

WHEREFORE, EyeFive respectfully requests that this Court grant an extension of time up to and including December 18, 2019 to file a response to the Complaint.

Respectfully submitted,

/s/ *John A. Boudet*
John A. Boudet, Esquire
Florida Bar No. 515670
john.boudet@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: 407.843.8880
Facsimile: 407.244.5690
*Counsel for Defendant, EyeFive, Inc., d/b/a
ShipOffers*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 10th day of December, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will complete service by furnishing a true and correct copy of the foregoing via electronic mail to all counsel of record.

               /s/ *John A. Boudet*
               John A. Boudet

/338081/1#38908520 v1