# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02606

MIRACLE MORINGA DIRECT INC.,

    Plaintiff,

v.

EYEFIVE, INC.,

    Defendant.

---

## ENTRY OF APPEARANCE

---

To: The Clerk of the Court and all Parties of Record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant EyeFive, Inc.

Dated this 27th day of August, 2020, in Denver, Colorado.

    *s/ Christopher P. Carrington*
    Christopher P. Carrington
    **RICHARDS CARRINGTON, LLC**
    1444 Blake Street
    Denver, Colorado 80202
    Telephone: 303-962-2690
    Facsimile: 303-962-2691
    Email: chris@richardscarrington.com

    *Attorney for Defendant EyeFive, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, I served the foregoing ENTRY OF APPEARANCE upon the following non-CM/ECF participants via electronic mail:

David F. Tamaroff
Aiman Farooq
Morgan & Morgan, P.A.
dtamaroff@forthepeople.com
afarooq@forthepeople.com

*s/ Dyanna Spicher*
Dyanna Spicher, Paralegal