### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02606-CMA

MIRACLE MORINGA DIRECT INC.,

    Plaintiff,

v.

EYEFIVE, INC.,

    Defendant.

---

### ENTRY OF APPEARANCE

---

    To: The Clerk of the Court and all Parties of Record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant EyeFive, Inc.

    Dated this 28th day of August, 2020, in Denver, Colorado.

    *s/ Michael N. Mulvania*
    Michael N. Mulvania
    **RICHARDS CARRINGTON, LLC**
    1444 Blake Street
    Denver, Colorado 80202
    Telephone: 303-962-2690
    Facsimile:  303-962-2691
    Email:  michael@richardscarrington.com

    *Attorney for Defendant EyeFive, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2020, I served the foregoing ENTRY OF APPEARANCE upon the following non-CM/ECF participants via electronic mail:

David F. Tamaroff
Aiman Farooq
Morgan & Morgan, P.A.
dtamaroff@forthepeople.com
afarooq@forthepeople.com

                                                  *s/ Dyanna Spicher*
                                                  Dyanna Spicher, Paralegal