IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02606-CMA

MIRACLE MORINGA DIRECT INC.,

    Plaintiff,

v.

EYEFIVE, INC.,

    Defendant.

---

**DEFENDANT'S STATUS REPORT
REGARDING PARTIES' SETTLEMENT EFFORTS**

---

    Pursuant to section 6(g) of the Court's Scheduling Order (ECF #50 at 6), Defendant EyeFive, Inc., ("EyeFive") respectfully submits this Status Report regarding the parties' settlement efforts as follows:

    1.    EyeFive is cognizant that the Court's Scheduling Order requires a joint settlement status report. However, District of Colorado Local Attorney Rule 5(b) states that an entity may not appear without counsel admitted to the bar of this Court, and thus plaintiff Miracle Moringa Direct, Inc. ("Miracle Moringa") would not seem permitted to sign a joint status report except through counsel admitted in this Court. In addition, EyeFive has been largely unsuccessful in communicating directly with plaintiff Miracle Moringa—except with respect to Miracle Moringa's September 2, 2021 Motion for Enlargement of Time to Retain Substitute Counsel and Motion for Abatement (Doc. 73)—since the August 10, 2021 withdrawal of Miracle Moringa's prior counsel. Finally, the undersigned has been reluctant to solicit Miracle Moringa's position on a joint status

report while Miracle Moringa lacks legal counsel who has entered a general appearance in this action. EyeFive therefore provides this status report solely on its own account.

  2. To date, Miracle Moringa has declined to make settlement proposals or otherwise engage in settlement discussions with EyeFive. Miracle Moringa did not respond to EyeFive's June 16, 2021 offer of judgment pursuant to F.R.C.P. 68.

  3. To date, Miracle Moringa has also declined to participate in mediation or other form of alternative dispute resolution.

  4. Accordingly, from EyeFive's perspective, at the present time the prospects for a prompt settlement or other negotiated resolution of this action are unknown.

  Dated this 10th day of September, 2021, in Denver, Colorado.

            *s/ Michael N. Mulvania*
            Christopher P. Carrington
            Michael N. Mulvania
            Emma K. Johnston
            **RICHARDS CARRINGTON, LLC**
            1444 Blake Street
            Denver, Colorado 80202
            Telephone: 303-962-2690
            Facsimile:  303-962-2691
            Email:  chris@richardscarrington.com
                michael@richardscarrington.com
                emma@richardscarrington.com

  *Attorney for Defendant EyeFive, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 10, 2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy has also been served on Plaintiff Miracle Moringa Direct Inc., who is presently unrepresented by counsel, via email and United States Mail, postage prepaid, as follows:

Miracle Moringa Direct Inc.
Attn: Michael Major, President
9516 Richwood Lane
Port Richey, FL 34668
mjminc09@gmail.com


            *s/ Dyanna Spicher*
            Dyanna Spicher, Paralegal